**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGG ATHERTON RUIZ, ) | No. CV14-6104-AS |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v.            ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    On August 11, 2014, Plaintiff Gregg Atherton Ruiz ("Plaintiff") filed a Complaint for Review of Social Security Decision. (Docket Entry No. 3.) On September 29 and October 24, 2014, respectively, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c). (Docket Entry Nos. 10, 12.) On April 30, 2015, Plaintiff filed a Motion for Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(2). (Docket Entry No. 25.)

1

Federal Rule of Civil Procedure 41 governs dismissal of actions. A plaintiff may voluntarily dismiss an action, without leave of the court, if the notice of dismissal is filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). However, because an answer has already been filed, this case may be dismissed at Plaintiff's request "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001). Because the record does not demonstrate that any prejudice would result from dismissal of this action, Plaintiff's Motion is GRANTED. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(2).

Dated: May 1, 2015

                                               ____/s/_____
                                               ALKA SAGAR
                                               UNITED STATES MAGISTRATE JUDGE