**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGG ATHERTON RUIZ, | ) No. CV14-6104-AS |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS ADJUDGED that this action is DISMISSED without prejudice.

Dated: May 1, 2015

                                                 /s/\
                                          ALKA SAGAR\
                                          UNITED STATES MAGISTRATE JUDGE